# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:20-CR-137** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ANTHONY EVANS,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 7th day of June, 2021, upon consideration of the motion (Doc. 18) to suppress by defendant Anthony Evans, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 18) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
